IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IBRAHIM HALIL HERDEM,<br><br>Petitioner,<br><br>vs.<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; TODD LYONS, in his official capacity as Acting Director and Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement; and JEROME KRAMER, Sheriff of Lincoln County Jail, Nebraska, custodian of detainees of the Lincoln County Jail In his official capacity<br><br>Respondents. | **7:26CV5001**<br><br><br>**ORDER TO SERVE STATE RESPONDENT** |

On February 2, 2026, the Court entered an Order to Show Cause in this case. Filing 3. Among other things, the Court directed Petitioner Herdem to serve his Petition and a copy of the Order to Show Cause on Respondents without delay and to file proof of such service with the Court within twenty-four hours of effecting such service. Filing 3 at 6. The Court also stated, "Upon the filing of Herdem's proof of service of the Petition and this Show Cause Order, the Court will promptly set a hearing on this matter." Filing 3 at 6.

On February 11, 2026, Herdem filed a Certificate of Service showing service by certified mail on the United States Attorney for the District of Nebraska; the Office of the General Counsel of the Department of Homeland Security; and the Attorney General of the United States. Filing 4. However, there is no indication on the record that the State Respondent, Jerome Kramer, Sheriff of Lincoln County Jail, the alleged physical custodian of Herdem, has been served. Consequently, the Court will not set a hearing on the Petition in this matter until Herdem files proof of service on the State Respondent. Accordingly,

IT IS ORDERED that Petitioner Herdem shall promptly serve his Petition and a copy of the Order to Show Cause on the State Respondent and shall file proof of such service with the Court within twenty-four hours of effecting such service. Upon the filing of Herdem's proof of service on the State Respondent, the Court will promptly set a hearing on this matter.

Dated this 17th day of February, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge

2